

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Patrick Lamont Johnson, Appellant

No. 06-13-00073-CR        v.

The State of Texas, Appellee

Appeal from the Criminal District Court 3 of Tarrant County, Texas (Tr. Ct. No. 1243677D).  Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to set aside the cumulation order.  As modified, the judgment of the trial court is affirmed.

We further order that each party shall bear its own costs of appeal.

RENDERED AUGUST 20, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk